UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MALIK ROBERTSON,

                          Petitioner,

          v.                                            9:04-CV-946

DALE ARTUS,

                          Respondent.

_____

APPEARANCES:                                OF COUNSEL:

MALIK ROBERTSON
01-B-2810
Auburn Correctional Facility
P.O. Box 618
Auburn, NY 13024
Petitioner Pro Se

HON. ANDREW M. CUOMO                         PRISCILLA I. STEWARD
Attorney General for the                     Assistant Attorney General
State of New York
120 Broadway
New York, New York 10271
Counsel for Respondent

NORMAN A. MORDUE, CHIEF JUDGE

                              ORDER

     The above matter comes to me following a Report-Recommendation by Magistrate Judge

Victor E. Bianchini, duly filed on the 6th day of February, 2008.  Following ten days from the

service thereof, the Clerk has sent me the file, including any and all objections filed by the parties

herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-

Recommendation, and no objections submitted thereto, it is

ORDERED, that:

1.  The Report-Recommendation is hereby approved.

2.  The petition for a writ of habeas corpus filed by petitioner is denied and dismissed.

Because Petitioner has failed to make a substantial showing of a denial of a constitutional right, a

certificate of appealability will not be issued.

3.  The Clerk of the Court shall serve a copy of this Order upon all parties and the

Magistrate Judge assigned to this case.

IT IS SO ORDERED.


Dated: February 27, 2008
          Syracuse, New York


_____
Norman A. Mordue
Chief United States District Court Judge

2